| | | | |
|---|---|---|---|
| Case No. | **CV 17-2098-DMG (PLAx)** | Date | September 26, 2017 |

| | |
|---|---|
| Title | *Xupeng Liu v. Lori Scialabba, et al.* |

| | |
|---|---|
| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

In light of the parties' stipulation to dismiss filed on September 25, 2017 [Doc. # 13], the Court hereby **DISMISSES** this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The scheduling conference on October 6, 2017 is hereby VACATED.

IT IS SO ORDERED.